United States District Court
Southern District of Texas
**ENTERED**
December 19, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BENGIE DEMYERS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-273 |
| | § | |
| BYPASS GRILL HOUSE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The parties have filed a joint stipulation of dismissal with prejudice (Dkt. 13). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Pursuant to that stipulation, this case is **DISMISSED WITH PREJUDICE**. Each party will bear its own fees and costs. **THIS IS A FINAL JUDGMENT**.

SIGNED at Galveston, Texas, this 19th day of December, 2018.

_____
George C. Hanks Jr.
United States District Judge